OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

___Middle PA (Harrisburg)___    Clerk of District Court    Date___6/26/01___
(District)

___Peppers v. Johnson___    C. of A. No. ___00-2167___
(Caption)

___Philip L. Johnson___
(Appellant)

___Civil 00-00128___
(D.C. No.)

RECEIVED
JUN 29 2001
MARY E. D'ANDREA, CLERK

Enclosures:

___6/26/01_____Certified copy of C. of A. Order by the **Court/Clerk**
(Date)

\*___X___ Record

\*_____ Supplemental Record (First) (Second) (Third)

\*_____ Exhibits

\*_____ State Court Record

___X___ **Copy of this form to acknowledge receipt and return to C. of A.**

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

___Laura L. Davis___    (267)-299-_4925_
Deputy Clerk    Telephone Number

\*_____    (267)-299-_____
Record Processor    Telephone Number

Receipt Acknowledge:
_____
(Name)
_____
(Date)
Rev. 3/13/00
Appeals (Record)

BPS-180                                                    May 10, 2001

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **00-2167**

RONALD PEPPERS

VS.

PHILIP L. JOHNSON, ET AL.

(M.D. PA. CIV. NO. 00-CV-00128)

FILED
HARRISBURG, PA
JUN 29 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Present:   SCIRICA, ROTH and MCKEE, CIRCUIT JUDGES

Submitted is appellant's notice of appeal, which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1),

in the above-captioned case.

Respectfully,

Clerk

MMW/CAD/jam

_____ORDER_____

The foregoing application for a certificate of appealability is denied. Peppers' § 2254 petition was untimely filed. See § 2254(d); Burns v. Morton, 134 F.3d 109, 111 (3d Cir. 1998). Peppers' third post-conviction petition could not have tolled the period of limitations, as the § 2254 limitations period had already expired at the time the third post-conviction petition was filed. See Cromwell v. Keane, 33 F. Supp.2d 282, 285-86 (S.D.N.Y. 1999) (collateral petition cannot revive limitations period that has already expired).

A True Copy:

Marcia M. Waldron,
Clerk

Dated: JUN 2 6 2001

LD/cc: RP
FTC

By the Court,

_____
Circuit Judge